IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HAROLD CRISP, | ) | 4:10CV3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| HAROLD CLARK, FRANK HOPKINS, MADSON, ROBERT HOUSTON, DOCTOR, RINE SABATKA, and NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On June 29, 2010, Plaintiff filed an unsigned Complaint. (Filing No. 1.) On June 30, 2010, the Clerk of the court informed Plaintiff of his signature deficiency. (Filing No. 2.) In doing so, the court warned Plaintiff that if he failed to correct the deficiency within 15 days, his Complaint could be stricken from the record. (*Id.*)

Federal Rule of Civil Procedure 11 states that "[e]very pleading . . . must be signed by at least one attorney of record . . . or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Further, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." *Id*.

As discussed above, the Clerk of the court called Plaintiff's signature deficiency to his attention on June 30, 2010. (Filing No. 2.) Plaintiff failed to correct this deficiency. (*See* Docket Sheet.) Consequently, Plaintiff shall have ten days to show cause why this case should not be dismissed for his failure to comply with court orders.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until August 2, 2010, to show cause why this case should not be dismissed. If Plaintiff does not respond, or if good cause is not shown, this matter will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: August 2, 2010: deadline for Plaintiff to show cause.

DATED this 21st day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.